UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EVELYN BONILLA, | : | Case no. 25-cv-1958 |
|    Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| STAYWELL HEALTH CARE, INC. d/b/a | : | |
| STAYWELL HEALTH CENTER, | : | |
| PRABHDEEP SINGH, and | : | |
| NICOLE MAKSYMIW, | : | |
|    Defendants. | : | November 21, 2025 |

## NOTICE OF REMOVAL

Pursuant to 42 U.S.C. § 233(c), Defendants remove this matter to the United States District Court for the District of Connecticut.

1. Defendants have been named in a civil action filed in Connecticut Superior Court for the Judicial District of Waterbury. A copy of the complaint is attached hereto.

2. The complaint alleges that Defendants deviated from the standard of care in their medical treatment of the plaintiff, leading to, among other things, delayed diagnosis of Plaintiff's breast cancer. Plaintiff claims damages due to the alleged deviations by Defendants.

3. Certain federally supported health centers were brought within the ambit of the Federal Tort Claims Act ("FTCA") by the Federally Supported Health Centers Assistance Act of 1992 (Public Law 102-501), codified at 42 U.S.C. §§ 233(g) – (n). That is, when such health centers or their employees are sued for claims falling within the scope of the statute, the suit becomes an FTCA action against the United States, to the exclusion

of any other civil action or remedy.

3.      Pursuant to 42 U.S.C. § 233(c), the United States Attorney's Office for the District of Connecticut has certified that Defendant Staywell Health Care, Inc. d/b/a Staywell Health Center was acting within the scope of its responsibility as a health care provider pursuant to the Federally Supported Health Centers Assistance Act at the time of the events that gave rise to this action.   The United States Attorney's Office has also certified that Defendants Prabhdeep Singh (at all relevant times) and Nicole Maksymiw (from August 24, 2025, to April 20, 2021) were acting within the scope of their employment with Defendant Staywell Health Center, Inc.   See Certification of Scope of Employment dated November 19, 2025, attached hereto.

4.      The relevant federal statute provides, in part:

> Upon a certification by the Attorney General that the defendant was acting in the scope of his employment at the time of the incident out of which the suit arose, **any such civil action or proceeding commenced in a State court shall be removed without bond at any time before trial by the Attorney General to the district court of the United States of the district and division embracing the place wherein it is pending** and the proceeding deemed a tort action brought against the United States under the provisions of Title 28 and all references thereto [the FTCA].

42 U.S.C. § 233(c) (emphasis added).

5.      Based on the foregoing, Defendants hereby remove this action to the United States District Court for the District of Connecticut.

        Respectfully submitted,

        DAVID X. SULLIVAN
        UNITED STATES ATTORNEY

          /s/
        John W. Larson (430637)
        Assistant United States Attorney
        District of Connecticut
        450 Main Street, Room 328
        Hartford, CT 06103
        T: (860) 947-1101
        F: (860) 760-7979
        john.larson@usdoj.gov